# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 13-1079** | **September Term, 2012** |
| | **SEC-78FR1910** |
| | Filed On: June 3, 2013 [1438951] |

NetCoalition and Securities Industry and
Financial Markets Association,

      Petitioners

      v.

Securities and Exchange Commission,

      Respondent

**O R D E R**

Upon consideration of the stipulation for dismissal of this petition for review, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                BY:    /s/
                            Mark A. Butler
                            Deputy Clerk